UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY
FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

                    Petitioners,

        -against-

ELITE MAGIC ENTERPRISE LLC,

                    Respondent.

26-CV-4078 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On May 15, 2026, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **June 9, 2026**. Respondent's opposition, if any, is due on **June 30, 2026**. Petitioners' reply, if any, is due **July 8, 2026**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **June 9, 2026**, and shall file an affidavit of such service with the court no later than **June 10, 2026**.

SO ORDERED.

Dated: May 19, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge